

# Automotive News

SUBSCRIBE FOR $8    ACCOUNT    LOGIN

Q       MENU ≡

Home > Dealers

July 13, 2015 01:00 AM

# Want a strong, successful millennial staff? Dealerships say it's all in the hiring

NORA NAUGHTON   🐦   ✉

🐦 TWEET    f SHARE    in SHARE    ✉ EMAIL



Dealer Gregg Ciocca, left, with some of the millennial staffers he has hired at his east-central Pennsylvania dealerships.

PLAINTIFF'S EXHIBIT A

It took Gregg Ciocca, dealer principal of Ciocca Dealerships, the better part of a decade to build a strong millennial contingent on his sales staff.

Case 4:21-cv-01394-MWB   Document 1-1   Filed 08/10/21   Page 2 of 28

Ciocca and other dealers who have gone through a similar painful learning curve agree on the keys to staffing with millennials: meticulous vetting and intensive interviewing.

"It's not an easy process getting hired here," Ciocca said. "Out of every 100 interviews, we only hire about four or five employees."

At Ciocca's nine dealerships in east-central Pennsylvania, prospective employees go through a rigorous series of interviews before they're even considered for the job.

The technique didn't work perfectly right off the bat. "It took the better part of six years to get this going," Ciocca said. "It has really escalated over the past three or four years."

Millennials are increasingly important to a dealership's success as members of that generation, those ages 18-35, step up their new-vehicle purchases, said John Challenger, CEO of employment research firm Challenger, Gray & Christmas.

"Dealership owners and managers need to make a conscious recognition of this trend and devote more resources to this," Challenger said. "Millennials are the people who will be the foundation of your business for years to come, both on your staff and as your customers. Don't wait to get these young people on your staffs. If you do, you're going to miss the boat."



Ciocca: Six years to refine hiring methods

### 'Steady pipeline'

When Ciocca started actively seeking millennials for his staff, he spent a lot of time and money on employees who didn't work out. "We had a lot of 'free agents' who were kind of in and out," Ciocca said. "So I went to our strategic partners at Ethos and said, 'I have to be better at this.'"

Ethos Group is a finance and insurance consulting firm that also offers hiring and training consultation to its dealer customers. The firm travels to college campuses to recruit a collection of young workers for its dealers to choose from.

With the help of Ethos, Ciocca was able to compile a deep pool of qualified millennials who met his specific qualifications.

Challenger said this technique is the most effective when recruiting millennial workers. "It is hard to hold onto millennials," Challenger said. "Dealers need to recognize that and build in a steady pipeline of young talent."

Want a strong, successful millennial staff? Dealerships say it's all in the hiring

This pipeline helped Ciocca to hire whom he wanted off the bat, rather than sinking time and money into intensive training.

"They pick up on things quickly," he said. "Plus, they're trained the way we want and situated to stick around."

Ciocca prefers to hire millennials with no background in retail or the automotive business so that he doesn't have to untrain or refocus them.

"They don't have any preconceived notions about the business, and we can train them the way we want – properly," he said.

Tim Bergstrom, COO of Bergstrom Automotive in Neenah, Wis., also is working to revolutionize the hiring process for millennial workers. He enlisted millennial expert Jason Dorsey to coach his managers on hiring the right young people.

Bergstrom used to strictly look for workers with experience in the automotive business or, at the very least, experience in customer service. But he found that experience sometimes was a warning sign.

"If they're on their third or fifth job, well, maybe there's a reason why," Bergstrom said. "The No. 1 thing we look for now is a positive attitude."

Varsity Ford in Ann Arbor, Mich., takes the opposite approach. Instead of setting up an intensive interviewing process, young employees are required to go out and get experience at other dealerships.

Kyle House, a 28-year-old salesman, had a degree from Northwood University and a father on the Varsity Ford management team, but he still had to pay his dues elsewhere before he landed a job with Varsity.

"It's extremely hard to get a job here," House said. "When I first got in the business, my dad wouldn't let me work here. He made me go work in a smaller Ford store" in Lansing, Mich. "Once I could prove myself, I was finally ready to be here."

Challenger noted that workplace environment is extremely important to millennials.

"They value coming to work when it's a place they really want to be every day. It's not only just about the money for millennials; you have to be conducive to their lifestyle," he said.

## 'Work hard, play hard mentality'



For House, workplace environment is a huge factor in his happiness at Varsity Ford. The bell-to-bell workday isn't hard and fast because social media allows him to sell cars even when he's not in the showroom.

That works for House because, like his millennial cohorts, he values his time off.

Ciocca said his millennial hires finally started sticking around when he put all of his efforts into meeting them halfway – but it didn't come at a small price. He has gone as far as changing his stores' hours to accommodate millennials' preferred work conditions. Ciocca dealerships used to be open from 8 a.m. to 10 p.m. but now close at 8 p.m.

House: Paid his dues before being hired

...heir time off with friends and family is important to them," he said. "For millennials, it's not the quantity of the work they're putting in that's important to them – it's the quality of the time they put in. It's a work hard, play hard mentality."

Lisa Copeland, general manager at Fiat-Alfa Romeo of Austin, Texas, said that it's not enough to hire millennials by accommodating their preferences. Management still has to manage.

"Keeping them motivated and keeping them focused is a full-time management job," Copeland said. "They watch a lot of stuff on YouTube to get ready and pick up tips and tricks, but at some point, I have to say, 'Get off YouTube and sell some cars.'"

---

*Letter — to the — Editor*

**Send us a letter**
Have an opinion about this story? **Click here to submit a Letter to the Editor**, and we may publish it in print.

---

RECOMMENDED FOR YOU



**Auto sales show signs of recovery, J.D. Power says**

## Recruiting

Ethos Group gives our clients an edge by providing an array of automotive industry recruiting services supported by a dedicated department of recruiters at our headquarters in Texas. Our purpose is simple – to be the value-added resource in recruiting high-quality candidates to fill demanding dealership positions.

We have developed and maintained relationships with placement offices all over the country. Our teams are highly active on university campuses, where we have a constant presence. Initiatives include relationship building with campus recruiting centers, sororities and fraternities, active engagement in student organizations, sponsorships and hosted info sessions. These combined efforts have proven successful in promoting the automotive industry, making valuable connections and directing career paths to our clients.

To ensure we are finding the best people, our associates evaluate candidates through multiple interviews, detailed personality assessments, goal-setting exercises and background screening. This comprehensive approach to recruiting has resulted in thousands of dealership placements and saved our clients countless hours of time and energy.



PLAINTIFF'S
EXHIBIT

B

> "
>
> Dealerships need a competitive advantage to attract and hire ambitious, talented and committed people.




**Consulting** (/services/consulting/)

**Recruiting** (/services/recruiting/)

**Training** (/services/training/)

**Compliance Solutions** (/services/compliance-solutions/)

**Technology** (/services/technology/)

**Product Administration** (/services/product-administration/)

**Dealer Participation** (/services/dealer-participation/)

370 West Las Colinas Boulevard
Irving, TX 75039

888.791.0777

info@ethosgroup.com (mailto:info@ethosgroup.com)

---

Ethos Group © 2020. All Rights Reserved. | Terms of Use (/terms-of-use/) | Privacy Policy

(/privacy-policy/)

Ciocca Dealerships



# MEET OUR STAFF

## GERRY DIAZ
### SALES CONSULTANT

My name is Gerry Diaz. I am currently a sales consultant for Ciocca Subaru in Allentown. I am a graduate of Drexel University in biological sciences. I went into a management trainee program out of college and spent the next several years in managerial roles. Throughout those experiences, I worked for organizations that had weak corporate cultures. When I found myself in the market for a new opportunity, the culture was a must. The Ciocca organization did not and continues to not disappoint.

The key attributes of a successful organization aregetting talent and investing in that talent. From my interviews to my on-boarding I was only met with enthusiasm and excitement. The career path that Ciocca offers is such that an individual's success is the company's success. You are coached and given tools to succeed and move forward.

The drive the Ciocca organization has for growth and success is contagious, and every day you feel you are among the most elite in the industry. The company has allowed me to reach many of my financial goals much sooner than I had originally planned and opened the door to some new ones.

Success breeds success. As long as you are an individual whocan put forth the effort, success here will come easily. Ciocca breeds an environment of respect, recognition, success, and fun.

# Ciocca Dealerships

PLAINTIFF'S EXHIBIT

C



Ciocca Dealerships



# MEET OUR STAFF

## SARAH MALEY
### FINANCE MANAGER

My name is Sarah Maley and I am a finance manager at Ciocca Subaru. I started with Ciocca Dealerships in 2015 as a salesperson at Ciocca Volkswagen. After attempting a year at Moravian College and realizing college isn't for everyone, I decided to follow my passion for cars. I've loved cars since a young age. After finding a few sales opportunities online, I was inspired to pursue my interests. I interviewed with various dealers once I decided I wanted to get into sales and Ciocca set itself apart from the rest. As soon as I met with the general manager, I knew this was the company I wanted to start my career with, as it seemed like an excellent and professional work environment.

Ciocca offers every opportunity to grow professionally and personally. They provide you with every resource you need to succeed. In my three years with Ciocca I've gotten the pleasure to work with and learn from amazing leaders and mentors. This is an environment where everyone wants each other to learn and succeed, and they will stop at nothing to help one another reach their goals. It's truly satisfying to work for a company that wants to maximize your potential and make you feel valued.

Most of my friends have found it hard to have a job that gives them the tools to succeed, while providing them the freedom to excel not just as a team, but independently as well. I have found this to resonate with my entrepreneurial pursuits. When I was a sales person I felt the support of my coworkers but I was also provided the opportunity to earn the reputation of being a leader in terms of product knowledge. I became a resource for those around me so that I could help them when they desired it. My competitive nature has pushed me toward innovative ways of conveying ideas and succeeding as a person and as a team.

I can't wait to see what my future has in store for me with Ciocca Dealerships.

# Ciocca Dealerships



Ciocca Dealerships

# MEET OUR STAFF

## BRIAN LEWIS
### GENERAL MANAGER

My name is Brian Lewis and I am the general manager of Ciocca Honda in Harrisburg. I started with the company in 2009 right after graduating from Penn State University (WE ARE!!) with a degree in finance. My job search did not last long after interviewing with the Ciocca organization because of the career path that they presented to me.

Starting off in sales at our Ciocca Chevrolet store was a great way to enter the professional business world. It allowed me to gain many tools that I continue to utilize every day. I then had the opportunity to join the team at Ciocca Hyundai where I worked through the career path in finance and desk manager. After that I was offered a position at Audi Allentown to join the team as general sales manager, which was an amazing experience personally and professionally.

The past 10 years of my career with Mr. Ciocca as a mentor and friend has led me to Ciocca Honda. Moving my family to the Hershey area to become the GM has been a wonderful experience. My three children and wife love the area and have always supported me in my career. With hard work and dedication, the sky is the limit working for the Ciocca Dealerships. They offer the training and tools to be successful, which has been an integral part in my success.

The mentors that I have had over my career are world class in the company. They continue to help me grow and prosper and I am forever grateful. Teaching and mentoring young business professionals is now my passion for this business!

## Ciocca Dealerships



Ciocca Dealerships



# MEET OUR STAFF

## JAMES JIMENEZ
### FINANCE DIRECTOR

My name is James Jimenez and I am currently the finance director at Ciocca Chevrolet of Princeton. I am a 2014 graduate of Temple University where I studied business administration with a concentration in finance. The car business never crossed my mind as a career for myself until running into Ciocca's partner, Ethos Group, at a networking event for the Fox Business School in 2014. After meeting with Ethos, along with the management team from Ciocca Honda, I knew that the culture of Ciocca Dealerships was the place I wanted to be.

In a short amount of time with Ciocca Dealerships, I have experienced tremendous growth within the career path. Starting with the company in February 2015, I have been thankful to be a sales professional, finance manager and finance director all at Ciocca Honda. Most recently I was able to relocate closer to Philadelphia to be the finance director at Ciocca Chevrolet of Princeton.

Ciocca Dealerships has helped me grow professionally and personally. The mentorship, along with the unlimited amount of resources within this company, is second to none. I have been fortunate to learn from the best managers in the industry to help me advance within the company. I have truly Experienced the Difference at Ciocca Dealerships!

## Ciocca Dealerships



**Ciocca Dealerships**



# MEET OUR STAFF

## ANDREW WALLET
### SALES MANAGER

My name is Andrew Wallett and I am the general sales manager at Audi Allentown. I started my Ciocca Dealerships career in 2010 after receiving my bachelor's degree in business management from the University of Pittsburgh at Johnstown. After college I never imagined that I would have gotten involved in the car business until Ciocca Dealerships approached me with a career opportunity. I was hired by Kyle Egge, currently the general manager of Ciocca Subaru. I never had an interest or any knowledge about the automotive industry, but that didn't matter. The leaders of this company took me under their wing and lead me to where I am today.

Throughout my years at Ciocca Dealerships I have followed the career path that the organization has put in place. I have developed from a sales consultant to a finance manager, finance director, new car sales manager, pre-owned sales manager, and now general sales manager. From day one, I was given the resources to be successful in my career. Hard work, dedication, and commitment to the organization is the reason I am here today.

Throughout my eight years with the Ciocca Organization I have had the opportunity to meet and work with some great people. I have had the opportunity to enhance my skills through different training and classes that the organization has provided. I have enjoyed my first eight years here and am looking forward to advancing my career with the company. Ciocca Dealerships was my first job after college and I am confident in saying that it will be my only.

## Ciocca Dealerships

**Ciocca Dealerships**



# MEET OUR STAFF



## BRYAN RODAS
### SALES MANAGER

My name is Bryan Rodas and I am the new car sales manager at Ciocca Honda in Harrisburg. I began my career at Ciocca in 2014 while attending Penn State Harrisburg. I recently graduated with my bachelors degree in December 2017 while maintaining a role with Ciocca. I never thought I would end up in the automotive industry, but Ciocca Dealerships has provided me with the guidance and opportunity to grow as a person. In my current role, I have the opportunity to grow people and help them accomplish their goals with Ciocca Dealerships.

Ciocca has provided me with a multitude of skills and attributes that I could not have imagined: leadership, decision-making, organizational skills, and professionalism, just to name a few. Beginning my career as a sales associate, then moving to finance manager, finance director and now sales manager has provided me with a journey full of knowledge and education. A huge part of my journey has been the resources Ciocca Dealerships has given me. This is why I have committed my heart and soul to Ciocca Dealerships and our employees.

Taking a step back and looking at my career thus far with Ciocca Dealerships, I am most grateful for the blessings in my life. I was able to have a family and be confident to take care of them. I was able to purchase my home and set myself up for the future. The car business is what you make of it. Ciocca Dealerships will have the tools and resources to maximize any career in the car business. Passion and commitment are two words used to describe the culture within Ciocca Dealerships, which is why I look forward to a bright future with Ciocca.

## Ciocca Dealerships

**Ciocca Dealerships**


## MEET OUR STAFF

### YAZ BEGANOVIC
#### SERVICE MANAGER

Throughout my time with the Ciocca organization, I have experienced incredible growth in a short period of time. In January 2011, I began as an internal advisor at Ciocca Hyundai in Quakertown, and within months I was promoted to assistant service manager at our Chevrolet store, also located in Quakertown. Being provided all the tools I needed to succeed by our organization, I became the youngest service manager in company history, and Ciocca Hyundai was my place of opportunity.

I still remember walking back into the very store that I started at as nothing more but a young kid out of college, and now I was the service manager. Not a lot of people can give you the same story, but thanks to the Ciocca organization you hear success stories like this constantly. Currently I am the service manager at Ciocca Honda in Harrisburg. Hard work, perseverance, being process-driven, and dedication are just some of the phrases that describe our culture at Ciocca Dealerships.

This company has helped me start adulthood with full confidence. Since my first day on the job to now, I have been privileged to purchase my house, get married, and have two beautiful children. I feel confident that I can provide the life my children deserve. The Ciocca organization has shown me support through every stage of my life on and off the clock. I have worked with employees and managers who have become mentors to me. It has been a wonderful seven-year ride, but I'm here to tell you that I am only getting started. Look out for me in any one of our stores in the upcoming years, as I am certain I will be a part of the Ciocca organization.

**Ciocca Dealerships**

**Ciocca Dealerships**



# MEET OUR STAFF

## BRYAN ZANOLINI
### GENERAL MANAGER

My name is Bryan Zanolini and I am currently the general manager of Ciocca Chevrolet of Princeton. I am a 2013 graduate of the University of Pittsburgh. I started as a summer intern at Ciocca Dealerships in 2010, instead of bussing tables and life-guarding, as I had all through high school. I graduated with a degree in finance and economics and never imagined working in the car business but, immediately following graduation, I joined the Ciocca team. The entrepreneurial spirit and culture of the Ciocca Dealerships attracted me to the opportunity, and I quickly realized that my lack of "car knowledge" would not hinder my career whatsoever.

Since 2010, I have been an intern, salesman, finance manager, finance director, new car sales manager, used car sales manager, and now general manager. I attribute my success to hard work, determination, inspiring mentors, and dedication to the company and our process. My mentors showed me that with these qualities, my career path would be set in front of me and moving up in the company was in my immediate future.

Personally, this company has given me the security to start a future and live the lifestyle I want to live. Ownership promotes a work/life balance and believes that happy employees are the foundation for any successful business. I am happily engaged and ready to embark on my life together with my fiancée, Samantha. We are in the process of planning our wedding and buying a house and with my career set at Ciocca Dealerships, I have all of the confidence that we will have a successful, healthy, and happy life together.

I feel privileged to be a part of the Ciocca Dealerships team, wear my uniform, and give out my business cards. There's no doubt in my mind that you'll find me working for the company in 25 years.

**Ciocca Dealerships**



**Ciocca Dealerships**

# MEET OUR STAFF

## DAN MAIDA
### SALES MANAGER

My name is Dan Maida and I am currently a sales manager at our newest store, Ciocca Chevrolet of Princeton. I am a proud member of the University of Pittsburgh's graduating class of 2013. Following graduation, I spent time with a large financial firm, but never felt like it was the right fit for me. When I was referred to the Ciocca organization I knew nothing about the auto industry, or cars whatsoever. But after speaking to individuals within the organization, I got the sense that there was something special about the opportunity the Ciocca Dealerships had to offer.

I have been with the organization for three years in various roles, including salesman, finance manager, finance director, and now as sales manager. I am fortunate to have been a part of opening our two newest franchises, which has given me a great appreciation for the passion Mr. Ciocca has for grooming employees and preparing them for leadership roles. With each new acquisition has come several opportunities for myself and my colleagues to progress along the career path that was explained to me three years ago when I started.

My experience with Ciocca Dealerships has been truly life changing in ways that I could not have imagined when I began in sales. I have been mentored by some of the brightest individuals in the business, trained by some of the most reputable programs in the industry, and most important, found more than 800 colleagues who I now call my family. This company has afforded me the ability to travel the world with my girlfriend, pursue my passions, and live a lifestyle that reflects my ambition. I have helped dozens of friends and family members with new vehicles and have recently had friends follow in my footsteps and join the organization. The desire I have to mentor future leaders, as I was mentored by my peers, is a testament to the culture that Mr. Ciocca has established within all 10 stores. This is truly a family business, which I am proud to be a part of.

The growth I have experienced and witnessed this organization experience is nothing short of remarkable, and there is no doubt that the best is yet to come. I look forward to seeing what the future holds for Ciocca Dealerships and being here every step of the way.

**Ciocca Dealerships**



Ciocca Dealerships

# MEET OUR STAFF

## ERIC DEDIG
### GENERAL MANAGER

My name is Eric Dedig and currently I am the general manager at Audi Allentown. I started with the Ciocca organization in 2010 after graduating from Temple University with a degree in business administration. Upon graduating, I was immediately intrigued with the opportunity for growth and the career path that was set out from the very beginning with Ciocca. I was confident in making the decision to start a long-term career after learning the core-values and business philosophy.

After starting as a sales representative in 2010, my career quickly progressed through the career path. Over the next five years I worked at multiple stores and held positions in the sales departments, including sales representative, finance manager, finance director and finally general sales manager. In 2015, Ciocca acquired the Audi franchise, and I became the general manager. This position allows my entrepreneurial mentality to influence all facets of business, including marketing, finance, and of course sales. But the most important parts of my position is hiring, recruiting, and training. My favorite part of my role is creating the culture to help develop employees and assisting them in their progression through the career path with our growing organization.

Ciocca Dealerships promotes a work/life balance, which is why quality time outside of the dealership is so important. In my free time I enjoy golfing, vacationing, and spending time with my family and friends. In 2012 I was able to purchase my first home with my fiancée, Lindsay. The highlight of my career has been working with mentors who have had a tremendously positive influence on me both professionally and personally. The family atmosphere and unlimited amount of resources allows us to provide truly exceptional experiences for our customers and employees. I have a great amount of gratitude for the opportunity Ciocca Dealerships has offered me, and I look forward to a long, successful career with the company.

Ciocca Dealerships

**Ciocca Dealerships**

# MEET OUR STAFF

## STEPHANIE MAHER

### ASSISTANT CAREER DEVELOPMENT COORDAINTOR

My name is Stephanie Maher and I am the assistant career development coordinator at Ciocca Dealerships. I was born and raised in Bucks County, attended Central Bucks High School East, and graduated from East Carolina University in 2015 with a degree in elementary education. Upon graduating, I explored the education field and enjoyed my time doing so, however I found myself needing a more challenging, career-oriented role.

The first thing that attracted me to joining the Ciocca Dealership family was the ability to grow. There is so much opportunity here for individuals to mold themselves into well-rounded, accomplished employees. In addition, the company is rapidly growing, which is a sign of a quality workforce to join.

I believe one of the most vital parts of joining an organization is the atmosphere and culture. The culture here is something that I've never experienced before, and it caught my eye immediately. I instantly felt like a part of the family! Everyone was extremely nice, approachable and willing to help with anything I needed.

In this position, I am fortunate enough to help hire new employees and expose them to the upward mobility and the career path this company offers. Ciocca Dealerships is a unique and successful dealership that I am extremely excited to grow with!

**Ciocca Dealerships**



# MEET OUR STAFF

## ERIC NARODOVICH
### GENERAL MANAGER

My name is Eric Narodovich and I'm the general manager of our Ciocca Ford in Quakertown. As I approach my 10th year with the company, I can't help but reflect on how I got here. I started with Ciocca after earning my bachelor's degree in entrepreneurship from Temple University in 2008. I decided to stay in the Philadelphia area despite growing up in Cleveland because of what the Ciocca organization had to offer, and I have never looked back.

The culture and career path they were able to offer was above and beyond any other organization. I knew all of my hard work had paid off when I was promoted to general manager of our Volkswagen store. The most rewarding feeling has been to help mentor others that are just starting their own journey with us and help shape the culture of our group. Now as the general manager of Ciocca Ford of Quakertown, I can influence even more of our future leaders.

Thanks to Ciocca I have been able to build a brand new home with my fiancée, Rita, pay off student loans, and put myself in a position to provide for a future family.

Working for Ciocca Dealerships is the best decision I have made and I look forward to helping others do the same.

Ciocca Dealerships

Ciocca Dealerships



# MEET OUR STAFF

## GRAHAM HORST
### ASSISTANT SERVICE MANAGER

My name is Graham Horst and I have been employed by Mr. Ciocca since graduating college in 2015. I am currently working as an ASM in Princeton, New Jersey, at our new Chevrolet dealership. I have degrees in marketing and management from Pennsylvania State University. From the first day of my professional career with the Ciocca group until today, I have been provided top notch training and mentoring from my peers, superiors, and training facilities. Every step of the way has been a growing experience with no questions unanswered.

In the summer of 2015 I accepted a position in the service department of our Hyundai dealership. I learned the fundamentals of my position as well as how the industry worked as a whole. When I was presented with the opportunity to grow with the company and move to our Honda dealership, I did so with the hopes to expand my knowledge of the business. After a short time Mr. Ciocca invested in my future with his company by sending me to a spectacular training facility in Dallas. With the purchase of the Princeton Chevrolet dealership in New Jersey I relocated as an opportunity to grow with the company to where I am today.

The people that Mr. Ciocca chooses to employ have made the biggest impact on my career. The dealer group as a whole is a team effort with the same ideals and goals. I have mentors that I can lean on at stores I don't currently work at. Great work is noticed and rewarded at all levels throughout the company. I look forward to what my future holds as I continue to expand my knowledge and abilities with the amazing people around me.

Ciocca Dealerships



Ciocca Dealerships

# MEET OUR STAFF

## GREGG CIOCCA JR.
### SALES MANAGER

My name is Gregg Ciocca Jr. and I am currently the preowned sales manager at Ciocca Subaru in Allentown. I am a proud 2012 graduate of James Madison University with a degree in business management. I began my career in high school when I would go to class until 2:30 and then drive to Ciocca Ford of Souderton where I would detail and clean vehicles. It was labor intensive work but showed me how fun and rewarding the automobile business can be. I came back each summer after that during my breaks from college and interned in various departments until I could join full time after graduation.

Once working full time with Ciocca Dealerships I quickly realized that hard work directly translates into upward advancement through an extremely structured career path. As a committed employee you can single-handedly control your own destiny and truly be as successful as you wish. All of our general managers are prime examples of the career path working. I've worked with our sales, finance, new car, and used car departments at various Ciocca agencies and loved every moment of it. The best part about Ciocca dealerships is that each store embodies the same culture, processes, and atmosphere that fosters the positive development of happy employees.

The future for Ciocca Dealerships is more promising than ever. We have the resources, capital, and processes in place to build and expand. There will be more opportunities for advancement than ever. The Ciocca Dealerships auto group has separated itself and grown in the industry, even in times of decline. We are poised for success and will continue to grow with our exceptional employees and their families.

Ciocca Dealerships



Ciocca Dealerships



# MEET OUR STAFF

## JOHN ANTIGUA
### FINANCE MANAGER

My name is John Antigua. I was born and raised in New York, but I have been a part of the Lehigh Valley community since 2005. I attended Northampton High School and then studied business management at Saint Joseph's University.

After trying different sales and marketing roles, I am grateful to have found my niche and a great place to work at Ciocca Dealerships. Ciocca is not just a job; it is a place to build my career.

I started with Ciocca Subaru in 2015 as a delivery coordinator. I immediately felt the energetic environment. Within the first few days, I knew Mr. Ciocca cared about his employees when he personally welcomed me aboard. I learned that that was typical for Mr. Ciocca; he says hello to everyone, shows you how much he cares, and makes you feel like part of the family. Right away, this built my trust and confidence in Ciocca Dealerships very early, and most important, convinced me that I wanted to make Ciocca Dealerships my career.

I set a goal to become a sales specialist who would make sure every customer had a great experience and would leave our dealership knowing all about their new vehicle. I honed my knowledge of all the models and trims, and was promoted into my goal of sales specialist in June 2016. I learned a lot in that role and was happy when Ciocca leadership provided me with another opportunity to become a finance manager and have an even more promising future with Ciocca.

I appreciate the Ciocca organization for caring for me as an employee and providing opportunities for me to achieve my career goals. The Ciocca organization demonstrates that it is possible to give customers personalized care even when the business is expanding rapidly. While most people do not look forward to the experience of purchasing a vehicle, the Ciocca team alleviates that by making the process worry-free.

## Ciocca Dealerships



**Ciocca Dealerships**



# MEET OUR STAFF

## KYLE EGGE
GENERAL MANAGER

My name is Kyle Egge and I am the general manager at Ciocca Subaru. I have over 15 years of sales and leadership experience. Combining a mix of process implementation and organizational leadership, I work with fellow automotive professionals to become catalysts for change within their companies. During my 11 years with the Ciocca group, I have been called upon to lead 16 individual departments across seven different agencies and six franchises. I have had the pleasure to represent every franchise within the group besides Audi Allentown. I have been able to gain multifranchise experience while staying loyal to the organization, giving me an edge over my fellow peers in the industry who would typically need to work for several different dealers to gain similar experience. The depth and breadth of the Ciocca Dealership group has made this experience possible, a unique opportunity that many other dealerships simply can't offer.

Since starting with the Ciocca Group, I have learned how to improve departmental performance while increasing employee morale and customer satisfaction. Most important, Kyle prides himself on the education and coaching of his replacements. When my team and I restore an under-performing department, the key is not only to impact the bottom line, but to mentor a replacement who can maintain a similar level of success once he/she moves to the next area of opportunity.

I graduated from Miami University with a bachelor of science in systems analysis and human resource management. In addition to my experience in the auto industry, I also started a charitable art business with my wife. I am committed to physical fitness, wealth management, spending time with my wife and daughter, and traveling. While any significant leadership role requires a lot of time and effort, the Ciocca Dealerships promote the proper work/life balance that encourages the mentality of working hard in order to be able to play hard. The group teaches you how to maximize your effectiveness while you are working, but this methodology can be applied to maximize your effectiveness when you are with your family as well. The automotive industry, and specifically Ciocca Dealerships, is not only a career choice, but a lifestyle choice.

**Ciocca Dealerships**



**Ciocca Dealerships**



# MEET OUR STAFF

## MARCUS DAVIS
### FINANCE MANAGER

My name is Marcus Davis and I am a finance manager for Ciocca Honda in Harrisburg. I am a 2016 graduate of East Stroudsburg University with a degree in exercise physiology. I actually started in the automotive industry as a detailer in 2015, and soon took a shot in sales later that year while still attending school. At that point I would have never have thought I would make a career out of the opportunity.

After graduation I moved to the Lehigh Valley, where I was given the opportunity to expand my sales experience with the Ciocca organization at Audi Allentown. Within only six months as a salesman, I was promoted to the finance department at Ciocca Honda. The Ciocca organization has done more for me than I could ever imagine. Ever since I joined the Ciocca team, I have made this career into a passion that I will never give up.

I have only been with the company for a year, and I love every second of it. Within that time I have had numerous mentors that I know I can go to for anything, whether it be personal or work-related, and I will never forget the countless lessons I learned along the journey thus far. One lesson that will stay with me for the rest of my life is the importance of my goals. Having goals in this business as well as in personal life will without a doubt lead me to success and true happiness.

## Ciocca Dealerships



**Ciocca Dealerships**



## MIKE JONES
### GENERAL MANAGER

My name is Mike Jones and I am the general manager of Ciocca Volkswagen in Allentown.

At 12 years old, I started my first job delivering newspapers, which taught me the importance of customer satisfaction and being punctual. After graduating from Emmaus High School, I joined the United States Air Force as an air traffic controller. I was fortunate to get stationed in North Carolina, where I met some amazing people and experienced down-south hospitality at its finest. I am proud that I had the opportunity to serve my country, both stateside and overseas. A tour in Iraq, alongside many brave men and women, reinforced my love for this country and appreciation of life. The eight years of military taught me respect, integrity, and teamwork.

I joined the Ciocca family of dealerships here at Ciocca VW as a sales consultant and quickly showed the team my passion for Volkswagen and customer appreciation. Since my start I have been fortunate enough to have been part of all aspects of the business, which helps me manage our team's goals; I understand all the sides and work extremely hard to give voice and acknowledgement to each of them.

As a proud husband and father of three boys, I spend my time off outside for soccer, biking at the local velodrome, and Karate practice. Sometimes our Rottweiler requires more attention than our children, so we end up outside often. I thank my family for supporting me and my job, which helps me focus on our customers.

I reflect on the last decade of being with Ciocca Dealerships, and the one thing comes to my mind is family. Ciocca has provided me with a workplace that is more family-oriented than work-related. I owe my success to the mindset that "family comes first," whether I'm at home or at work. As a career choice, I couldn't imagine being a part of any other organization, world class company.

**Ciocca Dealerships**

**Ciocca Dealerships**



## MEET OUR STAFF

### PATRICK METZ
#### FINANCE MANAGER

I'm Patrick Metz and I have been with Ciocca Dealerships since December 2015. My career with Ciocca was initiated by my mentor, Brian Lewis, after I attempted to sell him solar panels for his house. I immediately discovered the passion he holds for this business and this organization.

A month later, I joined the sales team at Audi Allentown. It was one of the most unique and exciting opportunities I have ever had; the entire operation was run out of a triple-wide trailer while our store was being built. It showed me how important the right people and processes are to customer satisfaction. We proudly progressed to be among the top Audi dealers in the nation despite our facility.

During my time at Audi, I gained a tremendous amount of experience to prepare me for the next step of my career path. When the opportunity to join the finance team at Ciocca Honda arose, I gratefully accepted and relocated to Harrisburg.

I have been a finance manager for nine months and the culture at all of the Ciocca stores is uniformly motivating and uplifting. I look forward to continuing my career with Ciocca and have no doubt that I will progress through the growth of this organization. I am grateful to work for a company that has the ability to inspire and expand internally and gives everyone constant opportunities for upward mobility. I encourage anyone who is looking for a career path, transparency, expert mentorship, and financial stability to join Ciocca Dealerships.

**Ciocca Dealerships**



**Ciocca Dealerships**



## MEET OUR STAFF

### THOMAS RETA
FINANCE MANAGER

My name is Thomas Reta and I am a finance manager at Ciocca Chevrolet of Princeton. After I entered the workforce right out of school, I ventured into sales of various fields. I loved the aspect of sales and the challenges that it brought. I was working as a sales manager for a large tech company when I walked into Ciocca Ford of Souderton car shopping with my wife. I appreciated the way I was treated by the staff as well as the experience as a whole. Shortly after, I saw Ciocca Ford of Souderton was hiring for a sales position and I felt that I needed to apply.

I started as a salesman in Souderton and after a little bit of hard work, some great mentors helped me to grow and better myself. As a result, I was able to further my career in the company and was promoted into finance at Ciocca Ford of Quakertown. After working there for several months I was given a great opportunity to join the team at our newest store, Ciocca Chevrolet of Princeton. I feel both honored and grateful to be a part of a flourishing new store and the growth of this tremendous company.

Seeing all the hard work Mr. Ciocca puts into this business is truly humbling and inspiring. Watching those around me succeed and take their careers to a higher level truly makes me love this company even more. June marks my one-year anniversary with this company. I am looking forward to growing and continuing a great career with this company.

**Ciocca Dealerships**



**Ciocca Dealerships**



# MEET OUR STAFF

## ZACHARY OTT
### FINANCE MANAGER

My name is Zachary Ott and I am currently one of the finance managers at Ciocca Chevrolet of Princeton. I am a 2016 graduate of Kutztown University, where I graduated with a dual major in marketing and finance. After graduation I was unsure what profession I wanted to pursue; I found ads for a few car dealerships and thought it may be a fit for me. After my interview with the Ciocca group, I knew this was the company I wanted to work for.

Ciocca has a great career path and you can experience tremendous growth in a short period of time. I started on Dec. 5, 2016, in the sales department at our Honda location. When the opportunity arose to move to our new acquisition in Princeton, New Jersey, I jumped at the chance to grow with a new store. When we opened the new Chevy store, I started on the sales floor, and after just a few months of being at this location, I was promoted from sales to finance.

Ciocca has provided me the amazing opportunity to be able to move to a new state with my girlfriend, be able to rent my own apartment, and payoff almost all my student loans in a little over a year.  I think that some people are scared to enter the car business because they aren't aware how different we are from other groups. Ciocca fosters and creates true career paths in every department. If you're a hard-working individual with a competitive nature and are excited to learn and grow, Ciocca is the place to be.

**Ciocca Dealerships**

Dealer Log In